# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Richard Wolfgram, et al.

                Plaintiff,

v.                                                          Case No.: 1:21−cv−02755
                                                               Honorable John F. Kness

David Miller, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 20, 2021:

      MINUTE entry before the Honorable John F. Kness: Before the Court is the Lake Forest Defendants' motion (Dkt. 30) to stay discovery pending resolution of Defendants' respective motions to dismiss (Dkt. 15, 17), which Defendant Miller has joined (Dkt. 31). Plaintiffs respond (Dkt. 33) that they have no objection to the motion to stay discovery. Accordingly, the Court grants the motion to stay. The status hearing set for 12/21/2021 is stricken and will be rescheduled, as necessary, by separate order. Mailed notice (jk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.